THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Massey, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-090
Submitted February 1, 2008  Filed
 February 8, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: John Massey appeals his guilty pleas to forgery
 and petit larceny.  On appeal, Massey maintains his guilty pleas failed to
 conform with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969),  because the plea court failed to adequately advise him of his constitutional
 rights.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Masseys appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN,
 C.J., PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.